# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHRYN COPELAND,<br>    Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| TARRANT COUNTY, TEXAS, | § | |
| TEXAS OFFICE OF COURT | § | Civil Action No. 4:25-CV-00890-O |
| ADMINISTRATION, | § | |
| JUDITH WELLS, | § | |
| KENNETH NEWELL, | § | |
| DAVID EVANS, | § | |
| AND MEGAN LAVOIE, | § | |
|     Defendants. | § | |

## Motion of John Allen Douglas to Withdraw as Counsel

TO THE HONORABLE UNITED STATES DISTRICT JUDGE REED O'CONNOR:

John Allen Douglas, State Bar No. 24028865, respectfully moves this Court for leave to withdraw as counsel for Plaintiff Kathryn Copeland in the above-captioned action, and in support thereof states:

1. This case was dismissed with prejudice by Opinion and Order dated February 11, 2026 (ECF No. 36) and Final Judgment dated February 19,

- 1 -

2026 (ECF No. 37). Plaintiff filed a Rule 59(e) Motion to Alter or Amend Judgment on February 20, 2026 (ECF No. 39), which remains pending.

2. Undersigned counsel was engaged by Plaintiff in connection with a separate matter in which he no longer represents Plaintiff. Undersigned counsel's appearance in this matter was limited and has concluded.

3. Plaintiff Kathryn Copeland is aware of this motion and consents to the withdrawal.

4. Withdrawal will not prejudice Plaintiff. The case is post-judgment. The pending Rule 59(e) motion has been filed. Any further action will be initiated and controlled by Plaintiff herself.

5. Plaintiff's contact information for the Court's records:

Kathryn M. Copeland
State Bar No. 24086056
katie@copelandlawtexas.com
(817) 789-8498

**WHEREFORE,** John Allen Douglas respectfully requests that this Court grant leave for his withdrawal as counsel for Plaintiff Kathryn Copeland, and direct the Clerk to update the docket accordingly and grant Plaintiff filing privileges.

**Respectfully submitted,**

**JOHN ALLEN DOUGLAS**
State Bar No. 24028865
6080 Water Street, #1292
Plano, TX 75024
Tel: (945) 544-8650
Email: John@JADouglasLaw.com

**COUNSEL FOR PLAINTIFF,
KATHRYN COPELAND**

## CERTIFICATE OF SERVICE

I certify that on April 12, 2026, a true and correct copy of the foregoing Notice was filed with the Clerk of the Court using the after-hours emergency filing email due to problems filing with PACER and the need to avoid missing deadlines.

**JOHN ALLEN DOUGLAS**